# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **JULIUS C. ADAMS, et al.,** | : | |
| **Plaintiffs** | : | |
| and | : | 5:63-CV-1926 |
| **MICHAEL E. GARRETT, et al.,** | : | |
| **Plaintiffs-Intervenors** | : | |
| v. | : | |
| **THE BOARD OF PUBLIC EDUCATION OF BIBB COUNTY, GEORGIA, et al.,** | : | |
| **Defendants** | : | |

## ORDER

The Court's order of March 21, 2006, attached hereto, is HEREBY AMENDED so that paragraph 6 of the Amended Proposed Order shall now read as follows:

The Board will honor transfer requests in accordance with federal and state regulations implementing the No Child Left Behind Act ("NCLB"), but only so long as such transfers are permissible under the capacity limitations established in this Decree. Transfers pursuant to NCLB that are not inconsistent with this Decree to schools that have capacity to accept such transfers, and which are approved after March 15 of any school year, shall not cause the revocation of a previously approved transfer.

**SO ORDERED this 6th day of September, 2006.**

    S/
    WILBUR D. OWENS, JR.
    UNITED STATES DISTRICT JUDGE