**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **JULIUS C. ADAMS, et al.,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **MICHAEL E. GARRETT, et al.,** | : | **5:63-CV-1926 (WDO)** |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE BOARD OF PUBLIC EDUCATION** | : | |
| **FOR BIBB COUNTY, GEORGIA, et al.,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

This matter having come before the court on the MOTION FOR DECLARATION OF UNITARY STATUS and the Defendant's MOTION FOR APPROVAL OF NOTICE TO CLASS MEMBERS, and the Court having read and considered the same, IT IS THEREFORE ORDERED AND ADJUDGED that this matter shall be set down for a hearing on the MOTION FOR DECLARATION OF UNITARY STATUS at the United States Courthouse in Macon, Georgia on the 11th day of January, 2007 at 1:30 p.m.  IT IS FURTHER ORDERED that the Defendant School District shall provide the notice to class members and make available to the class members and the public the Exhibits and Forms as set forth in its MOTION FOR APPROVAL OF NOTICE TO CLASS MEMBERS.

**SO ORDERED this 28th day of November, 2006.**


**S/**
**Wilbur D. Owens Jr.**
**United States District Judge**