IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JULIUS C. ADAMS, et al.,** | : | |
| **and** | : | |
| **MICHAEL E. GARRETT, et al.,** | : | 5:63-CV-1926 (WDO) |
| **Plaintiffs** | : | |
| v. | : | |
| **THE BOARD OF PUBLIC EDUCATION FOR BIBB COUNTY, GEORGIA, et al.,** | : | |
| **Defendants** | : | |

## ORDER

Upon the motion of the Adams Plaintiffs and the Defendants, and for the reasons more fully discussed in the conference on said motion, the fairness hearing in this case that was scheduled for January 11, 2007 is **NOW RESCHEDULED TO MONDAY, FEBRUARY 12, 2007 AT 10:00 A.M.** in Courtroom C, First Floor.

SO ORDERED this 11th day of January, 2007.

S/
**Wilbur D. Owens Jr.
United States District Judge**