IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JULIUS C. ADAMS, et al., | : |
| Plaintiffs, | : |
| and | : CASE NO. 5:63-cv-1926 (WDO) |
| MICHAEL E. GARRETT, et al., | : |
| Plaintiffs-Intervenors, | : |
| v. | : |
| THE BOARD OF PUBLIC EDUCATION OF BIBB COUNTY, GEORGIA, et al., | : |
| Defendants. | : |

# J U D G M E N T

Pursuant to the Order of this Court filed March 20, 2007, and for the reasons stated therein, JUDGMENT is hereby entered terminating this case pursuant to the dissolution of the Consent Decree.

This 20th day of March, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**